STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3172
   Facsimile:  (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 14-07734 PA (PJWx) |
| Plaintiff, | |
| vs. | **CONSENT JUDGMENT OF FORFEITURE** |
| $77,400.00 IN U.S. CURRENCY, | |
| Defendant. | |

     This action was filed on October 6, 2014 against the defendant $77,400.00 in U.S. Currency ("defendant currency"). Jose Leyva Miranda ("Miranda") and Ramona Jacqueline Gonzalez-Flores ("Gonzalez-Flores") claim an interest in the defendant

$77,400.00 in U.S. Currency, but have not filed a claim or answer.  The parties are not aware of any other potential claimants to the defendant currency.  No other parties have appeared in this case and the time for filing statements of interest and answers has expired.  Plaintiff United States of America, Miranda, and Gonzalez-Flores have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant $77,400.00 in U.S. Currency, other than Miranda and Gonzalez-Flores, are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.  Miranda and Gonzalez-Flores are relieved of their obligation to file a claim or an answer in this litigation.

3.   The United States of America shall have judgment as to $67,400.00 of the defendant currency and all interest earned of the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said funds in accordance with law.

4.   $10,000.00 of the defendant currency, without interest, shall be returned to Miranda and Gonzalez-Flores by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Jose Leyva

Miranda and Ramona Jacqueline Gonzalez-Flores," and mailed to attorney Elizabeth Carpenter, Esq. at the Law Office of Elizabeth Carpenter, 2923 Waverly Drive, Los Angeles, California 90039. If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the bank account that Miranda, Gonzalez-Flores and their attorney specify. Miranda, Gonzalez-Flores and their attorney shall provide any and all information needed to process the return of these funds according to federal law.

5. Miranda and Gonzalez-Flores have agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Miranda and Gonzalez-Flores, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant $77,400.00 in U.S. Currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: January 29, 2015

THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

JS-6

[Signatures of parties appear on the next page.]

**Approved as to form and content:**

DATED: January 26, 2015        STEPHANIE YONEKURA
                               Acting United States Attorney
                               ROBERT E. DUGDALE
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                                 /s/ Katharine Schonbachler
                               KATHARINE SCHONBACHLER
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               United States of America

DATED: January 21, 2015        LAW OFFICE OF ELIZABETH CARPENTER


                                   /s/ C. Elizabeth Carpenter
                               C. ELIZABETH CARPENTER, ESQ.
                               Attorney for Potential Claimants
                               Jose Leyva Miranda and
                               Ramona Jacqueline Gonzalez-Flores


DATED: December ___, 2014          /s/ Jose Leyva Miranda
                               JOSE LEYVA MIRANDA
                               Potential Claimant


DATED: December ___, 2014          /s/ Ramona J. Gonzalez-Flores
                               RAMONA JACQUELINE GONZALEZ-FLORES
                               Potential Claimant